# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,  )
                                                )   Case No. CR MS10-6811-CWD
vs.                                          )   Waiver of Detention Hearing
                                                )   and
David C. Jacquot                   )   ORDER OF DETENTION
                                                )
_____)

## WAIVER OF DETENTION HEARING

I, **David C. Jacquot**, have appeared before a United States Magistrate Judge in the District of Idaho, who has advised me of the provisions of 18 United States Code, Section 3142(f) and of my right to have a detention hearing pursuant to the Bail Reform Act of 1984. I wish to waive my right to such hearing and further understand and agree that the Court may enter a detention order based on the grounds set forth in the motion for a detention hearing filed by the United States.

    (a) I have been advised, at the hearing that I have a right to be represented by counsel, and, if financially unable to obtain adequate representation, to have counsel appointed for me.

    (b) That at the hearing I would be afforded an opportunity to testify, to present witnesses on my own behalf, to cross examine witnesses who appear at the hearing and to present information by proffer or otherwise.

WAIVER OF DETENTION HEARING & ORDER OF DETENTION
Page 2.

(c) I consent to the issuance of an order detaining me without prejudice prior to trial.

DATED this __17__ day of __March__, 2010.

_____        _____
Signature of Defendant                                Defense Counsel

## ORDER OF DETENTION

Based upon the foregoing Waiver,

IT IS HEREBY ORDERED that the Defendant be detained prior to trial without prejudice;

IT IS FURTHER ORDERED that the Defendant be committed to the custody of the United States Marshal for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

IT IS FURTHER ORDERED that the Defendant be afforded reasonable opportunity for private consultation with his/her counsel; and,

IT IS FURTHER ORDERED that the director of the correctional facility in which the Defendant is confined shall make the Defendant available to the United States Marshal for the purpose of appearance in connection with a Court Proceeding.

DATED this __17th__ day of __March__, 2010.

_____
CANDY WAGAHOFF DALE
Chief United States Magistrate Judge